IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3037 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK N. JUVIEL, JOSE LUIS RODRIGUEZ, | ) ) ) | ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE DAVID L. PIESTER OF AUGUST 8, 2008 |
| Defendants. | ) ) | |

In accordance with the Report, Recommendation, and Order of Magistrate Judge David L. Piester of August 8, 2008,

IT IS ORDERED that the Motion to Suppress, filing 41, is denied.

Dated August 28, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge