IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3037 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK N. JUVIEL, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

    The defendant's appointed counsel, Richard Alexander, has moved to withdraw as counsel of record for the defendant. Mr. Alexander explains that the defendant has not maintained contact with counsel for over a year, and has apparently fled the jurisdiction of Nebraska. Filing No. 102. The court finds the motion should be granted. Accordingly,

    IT IS ORDERED that the motion to withdraw filed by Richard Alexander, (filing no. 102), is granted. Mr. Alexander's name shall be withdraw from all future ECF filings.

    DATED this 13th day of January, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge